## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                              **JUDGMENT IN A CIVIL CASE**

**DWIGHT DAVID COLEMAN, ET AL.,**

                                              CASE NO: **2:11–CV–02226–JAM–GGH**

      v.

**GMAC MORTGAGE, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/15/12**

                                              **Victoria C. Minor**
                                              Clerk of Court

ENTERED: **June 15, 2012**

                                          by: /s/ H. Kaminski
                                                    Deputy Clerk